**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**AT WHEELING**


CONNIE CLARK,

      Plaintiff,

v.                             CIVIL ACTION NO.: 5:18-cv-0038

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Defendant.

### FULL AND FINAL ORDER OF DISMISSAL

This day came the plaintiff, by counsel, and State Farm Mutual Automobile Insurance Company, by counsel and showed unto the Court that all matters in difference and in controversy between them have been compromised, settled and agreed.

The plaintiff and State Farm Mutual Automobile Insurance Company jointly move the Court to dismiss this action, with prejudice, as compromised, settled and agreed. The Court finds that all matters in difference and in controversy between plaintiff and State Farm Mutual Automobile Insurance Company have been compromised, settled and agreed, therefore it is hereby **ORDERED** that the Joint Motion to Dismiss be, and the same is, hereby **GRANTED**. The Court finds that as all matters between plaintiff and State Farm Mutual Automobile Insurance Company have been compromised, settled and agreed that this matter is, **DISMISSED**, with prejudice, as compromised, settled and agreed.

The parties are to bear their own respective costs of

action.

Entered: **7-2-2016**

John Preston Bailey,
United States District Judge

Prepared by:


s/R. Carter Elkins
R. Carter Elkins
W. Va. State Bar I.D. 1116

Elkins Ray, PLLC
1108 Third Avenue, Suite 700
Post Office Box 730
Huntington, West Virginia 25711-0730
(304) 522-2015
relkins@elkinsray.com
Of Counsel for Defendant State Farm
Mutual Automobile Insurance Company



Approved by:


s/Justin D. Joseph
Justin D. Joseph
W. Va. State Bar I.D. 10840

Chaffin Luhana, LLP
615 Iron City Drive
Pittsburgh, Pennsylvania 15205
(888)316-2311
joseph@chaffinluhana.com
Of Counsel for Plaintiff